In the Matter of the Application of the BOARD OF SUPERVISORS OF THE COUNTY OF ROCKLAND Relative to Acquiring Title to Certain Real Property in Said County for Highway Purposes for the Highway Known as Pearl River-Nanuet Highway 9006. BOARD OF SUPERVISORS, COUNTY OF ROCKLAND, Appellant; ROSE LEO, Respondent.— Order of the County Court, Rockland county, adjudging, among other things that certain land of respondent has been taken for the construction of the Pearl River-Nanuet Highway No. 9006; that the county of Rockland will not be relieved of its stipulation; and that an order amending the judgment of

condemnation so as to include respondent's property and the judgment entered thereon are in full force and effect, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.